DANIEL T. MALLETT et al., Appellants, *v.* VILLAGE OF MAMARONECK et al., Respondents.

Argued January 18, 1955; decided March 3, 1955.

*George H. Klein* for appellants.

*Anthony Sansone* for Village of Mamaroneck and others, respondents.

*Charles C. Peters* and *Wesley S. Sawyer* for Stuart Close, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.